UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN FELIPE SALAZAR-LEYVA, | ) | No. C 17-04213 EMC |
| Petitioner, | ) | |
| vs. | ) | |
| JEFFERSON B. SESSIONS, III, et al., | ) | |
| Respondents. | ) | |

# [~~pro~~posed] ORDER

This matter came before the Court on the Parties' JOINT STIPULATION ("Stipulation"), that seeks to vacate the case management conference ("CMC") currently scheduled before the Court at 9:30 a.m. on December 21, 2017.

IT IS HEREBY ORDERED that the Stipulation is granted, and

IT IS HEREBY FURTHER ORDERED that the CMC currently scheduled in this action at 9:30 a.m. on December 21, 2017, is ~~vacated~~.  rescheduled for February 8, 2018 at 9:30 a.m. An updated joint CMC statement shall be filed by February 1, 2018.

IT IS SO ORDERED.

DATED: 12/19/2017            _____
                             THE HON. EDWARD M. CHEN
                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Order Granting Stipulation
No. C 17-04213 EMC