**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN FELIPE SALAZAR-LEYVA, ) | No. C 17-04213 EMC |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEFFERSON B. SESSIONS, III, et al., ) | |
| ) | |
| Respondents. ) | |

**[pro~~posed~~] ORDER**

This matter came before the Court on the Parties' JOINT STIPULATION ("Stipulation"), that seeks to extend by one (1) week the case management conference currently scheduled for February 8, 2018. Upon careful consideration of the Stipulation and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is granted, and

IT IS HEREBY FURTHER ORDERED that the case management conference currently scheduled for February 8, 2018 by vacated and re-set to ~~February 15, 201~~8. March 6, 2018 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 1/16/18                   _____
                                 THE HON. EDWARD M. CHEN
                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Order Granting Stipulation
No. C 17-04213 EMC