# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN FELIPE SALAZAR-LEYVA, | ) No. C 17-04213 EMC |
| Petitioner, | ) |
| vs. | ) |
| JEFFERSON B. SESSIONS, III, et al., | ) |
| Respondents. | ) |

## [~~propose~~d] ORDER

This matter came before the Court on the Parties' JOINT STIPULATION ("Stipulation"), that seeks to vacate the case management conference ("CMC") currently scheduled before the Court at 9:30 a.m. on March 8, 2018.

IT IS HEREBY ORDERED that the Stipulation is granted, and

IT IS HEREBY FURTHER ORDERED that the CMC currently scheduled in this action at 9:30 a.m. on March 8, 2018, is ~~vacated~~. reset for 5/10/18 at 9:30 a.m.  Joint CMC statement due 5/3/18.

IT IS SO ORDERED.

DATED: 3/6/18

_____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Order Granting Stipulation
No. C 17-04213 EMC