1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

7    CHRISTIAN FELIPE SALAZAR-LEYVA,  )   No. C 17-04213 EMC
                                       )
8                    Petitioner,        )
                                       )
9          vs.                          )
                                       )
10                                      )
     JEFFERSON B. SESSIONS, III, et al.,)
11                                      )
                                       )
12                   Respondents.       )
                                       )
13   _____)

14                          [~~proposed~~] **ORDER**

15
16         This matter came before the Court on the Parties' JOINT STIPULATION ("Stipulation"),

17   that seeks to continue the case management conference ("CMC") currently scheduled before the

18   Court at 9:30 a.m. on May 10, 2018.

19         IT IS HEREBY ORDERED that the Stipulation is granted, and

20         IT IS HEREBY FURTHER ORDERED that the CMC currently scheduled in this action

     at 9:30 a.m. on May 10, 2018, is continued un~~til such time as the Court further orders, and~~
21                                                to 7/12/18 at 9:30 a.m.

22         IT IS HEREBY FURTHER ORDERED that the filing of a case management report is

23   stayed until seven days before the reset CMC.

24         IT IS SO ORDERED.

25   DATED:_____5/1/18_____      _____
26                                     THE HON.
                                       UNITED ST.
27

28

     Order Granting Stipulation
     No. C 17-04213 EMC