UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN FELIPE SALAZAR-LEYVA, | ) | No. C 17-04213 EMC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFERSON B. SESSIONS III, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

# [~~proposed~~] ORDER

This matter came before the Court on the Parties' JOINT STIPULATION ("Stipulation"), that seeks to continue the case management conference ("CMC") currently scheduled before the Court at 9:30 a.m. on July 12, 2018.

IT IS HEREBY ORDERED that the Stipulation is granted, and

IT IS HEREBY FURTHER ORDERED that the CMC currently scheduled in this action at 9:30 a.m. on July 12, 2018, is continued ~~until such time as the Court further orders, and~~ to September 27, 2018 at 9:30 a.m.

IT IS HEREBY FURTHER ORDERED that the filing of a case management report is stayed until seven days before the reset CMC.

IT IS SO ORDERED.

DATED: 7/3/18

_____
THE HON.
UNITED S

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Order Granting Stipulation
No. C 17-04213 EMC